UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RAY ECKLUND, | No. 2:18-cv-2508 AC P |
| Plaintiff, | |
| v. | ORDER |
| FOX, et al., | |
| Defendants. | |

By order filed September 21, 2018, plaintiff was directed to file a completed in forma pauperis application or pay the required filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 6. The thirty-day period has now expired and plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee. Plaintiff has, however, filed a notice in which he appears to request voluntary dismissal of his complaint. ECF No. 7. Because it is not clear whether plaintiff is attempting to dismiss this case, he will be required to complete the attached form telling the court what he wants to do. If plaintiff wants to dismiss this case, he does not have to pay the filing fee or complete an application to proceed in forma pauperis and the case will be dismissed. If plaintiff does **not** want to dismiss this case, then he must either pay the filing fee or file an application to proceed in forma pauperis or the undersigned will recommend that this action be dismissed. If plaintiff does not return the attached form, the court will assume that he does not want to dismiss

1

the case and he will be required to pay the filing fee or file an application to proceed in forma pauperis or face dismissal.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days of the service of this order, plaintiff shall return the attached form telling the court whether or not he wants to dismiss this case.

2. If plaintiff does **not** want to dismiss this case, he must either pay the filing fee or file an application to proceed in forma pauperis within thirty days of service of this order.

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: November 7, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ARNOLD RAY ECKLUND, | No. 2:18-cv-2508 AC P |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE ON HOW TO PROCEED |
| FOX, et al., | |
| Defendants. | |

Check one:

\_\_\_\_\_ Plaintiff does **not** want to dismiss this case.

\_\_\_\_\_ Plaintiff wants to voluntarily dismiss this case without prejudice.

DATED:_____

                                              Arnold Ray Ecklund
                                              Plaintiff pro se